JUDGE ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-451JLR |
| Plaintiff, | ) | |
| vs. | ) | ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE |
| ROBERT GREER and CRAIG JOHNSON, | ) | |
| Defendants. | ) | |

THE COURT, having reviewed the stipulated motion for an order continuing the date for filing of pretrial motions, finds that good cause has been shown to continue the date for filing pretrial motions,

IT IS HEREBY ORDERED that the motion is GRANTED and the date for filing pretrial motions is continued to February 2, 2006.

DATED this 18th day of January 2006.

S/Thomas S. Zilly

_____
for  JAMES L. ROBART
United States District Judge

ORDER CONTINUING
PRE-TRIAL MOTIONS DEADLINE - 1
(Robert Greer, Craig Johnson; CR 05-451JLR)

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100

1  Presented by:

2  s/  Carol Koller
   Attorney for Craig Johnson
3  WSBA #19685
   Federal Public Defender
4  1601 Fifth Avenue, Suite 700
   Seattle, WA  98101
5  206/553-1100
   fax: 206/553-0120
6  carol_koller@fd.org

7

   s/  Terrence Kellogg
8  Attorney for Robert Greer
   WSBA #6452
9  720 Third Avenue
   1900 Pacific Bldg.
10 Seattle, WA 98104
   206/447-1815
11 fax: 206/447-1901

12
   s/ Susan M. Roe
13 Assistant United States Attorney
   700 Stewart St., Suite 5220
14 Seattle, WA  98101-1271
   206/553-7970
15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING
PRE-TRIAL MOTIONS DEADLINE - 2
(Robert Greer, Craig Johnson; CR 05-451JLR)

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100